UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK RAYNARD ODOMES                      CIVIL ACTION

VERSUS                                       NO. 09-3451

SHERIFF CRAIG WEBER, ET AL                   SECTION "N"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims against the remaining defendants, Sheriff Deputies Joseph Bourgeois, Anthony Stelly, Mark Williams and Jay Watkins, be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE